**United States District Court**
For the Northern District of California

**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ALAN ANTHONY COOKE,<br><br>    Plaintiff,<br><br>v.<br><br>TERRY LILES, MURL HARPHAM, STEVE WATSON, MARVIN KIRKPATRICK, ATF AGENT MEDLIN, ATF SUPERVISOR ANGLIN, THE CITY OF EUREKA, THE EUREKA POLICE DEPARTMENT, THE COUNTY OF HUMBOLDT, PAUL GALLEGOS, JIM DAWSON, MIKE HISLOP, THE HUMBOLDT COUNTY SHERIFF'S OFFICE, AND DOE DEFENDANTS 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | No. CV 10-696 NJV<br><br>**REFERRAL PURSUANT TO CIVIL LOCAL RULE 3-12(c) FOR PURPOSE OF DETERMINING RELATIONSHIP TO** *COOKE V. HARPUM*, **C08-0016 SBA** |

On February 8, 2010, Plaintiff Alan Anthony Cooke filed a complaint in the above-captioned action alleging claims under Section 1983 and under state law for the wrongful death of Zachary Cooke against Defendants Terry Liles, Murl Harpham, Steve Watson, Marvin Kirkpatrick, ATF Agent Medlin, ATF Supervisor Anglin, the City of Eureka, the County of Humboldt, Paul Gallegos, Jim Dawson, Mike Hislop, the Humboldt County Sheriff's Office, and the Eureka Police Department.

Plaintiff filed an earlier action on January 2, 2008, against Defendants Harpum, Liles, Watson, Kirkpatrick, Medlin, Anglin, the City of Eureka, the Eureka Police Department, the County of Humboldt, the Humboldt County Sheriff's Office, Gallegos, Dawson and Hislop as well as the

District Attorney of Humboldt County. That earlier-filed action, *Cooke v. Harpum*, C08-0016 SBA, appears to be related to the above-captioned action. Pursuant to Civil Local Rules 3-3(c) and 3-12(c), the undersigned refers this case to the Honorable Saundra B. Armstrong to consider whether the cases are related.

Any response in opposition to or support of relating *Cooke v. Harpum*, C08-0016 SBA and *Cooke v. Liles*, C10-696 NJV must be filed pursuant to Civil Local Rule 3-12(d) and (e).

**IT IS SO ORDERED.**

Dated: September 17, 2010

NANDOR J. VADAS
United States Magistrate Judge