UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALAN ANTHONY COOKE,<br><br>    Plaintiff,<br><br>  vs.<br><br>TERRY LILES, an individual,<br>MURL HARPHAM, an individual,<br>STEVE WATSON, an individual,<br>ATF AGENT<br><br>    Defendant. | Case No:  C 10-0696 SBA<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Plaintiff is proceeding pro se in the instant civil rights action.  Civil Local Rule 3-11 obligates an attorney or a party proceeding pro se to keep the Court apprised of his or her current address.  Civ. L.R. 3-11(a).  Where mail directed to an attorney or pro se party has been returned as undeliverable and "[t]he Court fails to receive within 60 days of this return a written communication from the attorney or *pro se* party indicating a current address," the Court may dismiss the action without prejudice.  Id. 3-11(b).  On April 8, 2011, mail sent to Plaintiff was returned as undeliverable.  Dkt. 17.  More than sixty days have passed since the Order was returned as undeliverable, and the Court has received no further written communication from Plaintiff since that time.  Accordingly,

1 | IT IS HEREBY ORDERED THAT the instant action is DISMISSED WITHOUT PREJUDICE. The Clerk shall close the file and terminate all pending matters.

IT IS SO ORDERED.

Dated: February 14, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge